UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JEFFERY THOMAS
4551 NARROW LN RD APT 211
MONTGOMERY, AL 36116

CASE NO: 05-32199-DHW
Chapter 13

Soc. Sec. No. XXX-XX-9273
Debtor.

**AMENDED
INCOME WITHHOLDING ORDER**

TO: MONTGOMERY CO BOARD OF EDU
ATTN PAYROLL
307 S DECATUR ST
MONTGOMERY, AL 36104

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that MONTGOMERY CO BOARD OF EDU withhold from the wages, earnings, or other income of this debtor the sum of $275.00 MONTHLY and remit all such funds withheld to:

CURTIS C REDING, CHAPTER 13 TRUSTEE
05-32199-DHW JEFFERY THOMAS
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, May 5, 2010 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge